**2013–1730.   Dodd v. Croskey.**
Harrison App. No. 12 HA 6, 2013-Ohio-4257. This cause is pending before the court as an appeal from the Court of Appeals for Harrison County.

Upon consideration of appellants' motion to strike briefs, it is ordered by the court that the motion is denied.

O'DONNELL and KENNEDY, JJ., concur in part and dissent in part.

LANZINGER, J., not participating.

**O'DONNELL, J., concurring in part and dissenting in part.**

In accord with *State v. Emerson*, 129 Ohio St.3d 1464, 2011-Ohio-4449, 952 N.E.2d 1150, *State v. LaPrairie*, 129 Ohio St.3d 1420, 2011-Ohio-3607, 950 N.E.2d 973, and *Cleveland Metro. Bar Assn. v. Berk*, 129 Ohio St.3d 1435, 2011-Ohio-4001, 951 N.E.2d 789, I would grant the motion to strike as to John Croskey's brief because of its failure to comply with mechanical requirements, and I would order that he file a conforming brief within ten days of the entry. I would deny the motion to strike as to the brief of Harriet Evans.

KENNEDY, J., concurs in the foregoing opinion.